**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| NATIONAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 2:25-cv-00078 |
| TROUT TRUCKING COMPANY, INC., HUMBERTO SALDIVAR and ELIDA SALDIVAR, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT ADVISORY TO THE COURT**
**REGARDING SETTLEMENT OF CLAIMS**

Comes now Plaintiff National Casualty Company, Trout Trucking Company, Inc., Humberto Saldivar and Elida Saldivar, who advises this Honorable Court as follows:

This lawsuit seeks declaratory relief relating to the duty to provide a defense and indemnity allegedly owed to Trout Trucking Company, Inc. in a tort action filed by Humberto Saldivar and Elida Salvidar. The underlying tort action has now been resolved, and the issues raised by the declaratory action will be moot once the agreement is finalized.

The parties advise the Court that all claims and causes of action will be resolved in this matter as to all parties once the settlement is finalized. Formal dismissal documents will be filed with the Court once a settlement has been completed in the underlying tort action.

*By each of our signatures below, Counsel represent that each understands that the Court will rely on these representations.*

Kyle D. Giacco (with permission)                    June 10, 2025

_____          _____
Kyle D. Giacco                                           Date
TXBN: 07839150 / Fed. ID No. 15058
5718 Westheimer Road, Suite 1400
Houston, Texas 77057
Tel.: (713) 266-3121
Fax: (713) 266-3188
Email: kgiacco@dawray.com
Counsel for Plaintiff(s)


                                                              June 10, 2025

_____          _____
Scott A. Seelhoff                                        Date
State Bar No.: 24035486
Federal ID No.: 3291001
sseelhoff@umhlaw.com
802NC, 802 N. Carancahua, Suite 450
Corpus Christi, Texas 78401
(361) 698-8214
(361) 884-5291


Louie Cook (with permission)                    June 10, 2025

_____          _____
Louie Cook                                               Date
Texas State Bar No.: 24101191
Federal Bar No. 2998047
lcook@wcwcattorneys.com
lgarcia@wcwcattorneys.com
WHITE CARLSON WREN & COOK
653 Everhart Road, Suite 105
Corpus Christi, Texas 78411
Phone: (361) 336-3317
Fax: (361) 400-5293
Counsel for Saldivar Defendants

Page 2