United States District Court
Southern District of Texas
**ENTERED**
August 05, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| NATIONAL CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:25-cv-00078 |
| | ) | |
| TROUT TRUCKING COMPANY, INC., HUMBERTO SALDIVAR and ELIDA SALDIVAR, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING AGREED MOTION TO DISMISS

**BE IT REMEMBERED** that on this day, came on for consideration Plaintiff **National Casualty Company** and Defendants **Humberto Saldivar, Elida Saldivar and Trout Trucking Co., Inc.**'s Joint Motion for Dismissal With Prejudice. The Court, having read the pleadings and considered the Motion and response, if any, is of the opinion that such Motion is in all things good and should be granted; it is therefore,

**ORDERED, ADJUDGED, and DECREED** that any and all claims of Plaintiff National Casualty Company against Defendants Humberto Saldivar, Elida Saldivar and Trout Trucking Co., Inc., are dismissed with prejudice to refiling.

Signed this __5th__ day of __August__, 2025.

_____
Nelva Gonzales Ramos
United States District Judge